with all the provisions of Rule 217, Pa. R.D.E.

■

In the Matter of John
W. DICKERSON.

Petition for Reinstatement.

No. 548, Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

March 11, 2002.

*ORDER*

PER CURIAM.

AND NOW, this **11th** day of **March,** 2002, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 18, 2002, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Albert B. MACKAREY, Respondent.

No. 724, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 11, 2002.

*ORDER*

PER CURIAM.

AND NOW, this **11th** day of **March,** 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 4, 2002, it is hereby

ORDERED that ALBERT B. MACKAREY be and he is SUSPENDED from the Bar of this Commonwealth for a period of three months and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.